**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Ade ODUKOYA, Defendant–**
**Appellant.**

**No. 14–10238**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 5, 2015.

William L. McKinnon, Jr., Lori Beranek, John Shantanu Ghose, Lawrence R. Sommerfeld, George Jeffrey Viscomi, Assistant U.S. Attorney, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Jamila Marjani Hall, Jones Day, Atlanta, GA, Michael Ade Odukoya, FCI Edgefield–Inmate Legal Mail, Edgefield, SC, for Defendant–Appellant.

Before TJOFLAT, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Jamila M. Hall, appointed counsel for Michael Odukoya in this criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Odukoya's conviction and sentence are **AFFIRMED.**